UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DARRELL E. KELLY, | Case No. 2:17-cv-02432-RFB-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NANCY A. BERRYHILL, Commissioner of Social Security | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Extension (ECF No. 20), filed November 8, 2018. Upon review and consideration, the court finds good causes exists to grant Plaintiff's requests. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension (ECF No. 20) is **granted**. Plaintiff shall have **thirty (30)** days from the entry of this Order to file his response to the Commissioner's motion.

Dated this 13th day of November, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE