UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARRELL E. KELLY,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 2:17-cv-02432-RFB-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's Motion for Extension of Time (ECF No. 22), filed on December 6, 2018. Upon review and consideration and with good cause appearing therefor, the Court grants Plaintiff's request. However, Plaintiff should be aware that supplemental medical treatment or other records provided after the Date of the Decision issued by the Commissioner may not be admissible in this matter. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (ECF No. 22) is **granted**.

　　　　DATED this 7th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE